UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL CRUZ,<br><br>      Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. C24-0399 RSM<br><br>**ORDER AMENDING THE SCHEDULING ORER** |

  Based on Defendant's Motion for Extension, and given that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order is amended as follows:

- Defendant shall have up to and including August 26, 2024, to file a responsive brief.
- Plaintiff's reply brief shall be due on or before September 9, 2024.

DATED this 25th day of July, 2024

                     Ricardo S. Martinez
                     United States District Judge

ORDER AMENDING THE SCHEDULING ORER - 1