UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARL C.,

           Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C24-0399 RSM

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

      Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's eligibility for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the Appeals Council will instruct the Administrative Law Judge to offer the claimant the opportunity for a hearing, to further evaluate the medical opinions and prior administrative medical findings, and to further assess the residual functional capacity, and to issue a new decision.

      DATED this 8th day of August, 2024.

Ricardo S. Martinez
United States District Judge